**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| SAJHRESA HILL, individually and, | § | |
| on behalf of all others similarly situated, | § | |
| Plaintiff | § | |
| | § | |
| | § | Case No. 1:17-cv-22-DAE |
| | § | |
| | § | |
| SCOTT & ASSOCIATES, P.C., | § | |
| Defendant | § | |

NOTICE OF PENDING SETTLEMENT

TO THE HONORABLE UNITED STATES DISTRICT COURT:

NOW COMES Plaintiff, Sajhresa Hill, by and through her undersigned counsel,

and hereby submits this Notice of Pending Settlement and states that Defendant, Scott &

Associates, P.C., and Plaintiff have reached a settlement with regards to this case and are

now finalizing the agreement.  Plaintiff and Defendant anticipate filing a Joint Stipulation

of Dismissal as to all parties in the next 45 days.

Respectfully submitted,

/s/Brent A. Devere
Brent A. Devere
Texas State Bar No. 00789256
1411 West Avenue, Suite #200
Austin, Texas 78701
Ph: 512-457-8080 Fax: 512-457-8060
Email: BDevere@1411west.com

1

/s/ Tyler Hickle
State Bar No. 24069916
4005C Banister Lane
Ste. 120C
Austin, TX 78704
Tel: (512) 289-3831 Fax: (512) 870-9505
tylerhickle@hicklelegal.com
Attorneys for Plaintiff

*Sajhresa Hill*

## CERTIFICATE OF SERVICE

I certify that on September 22, 2017 a true and correct copy of the foregoing pleading was served electronically on the following CM/ECF participant:

Ms. Robbie Malone
Malone Akerly Martin PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 752351


/s/Brent A. Devere
Brent A. Devere