# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| SAJHRESA HILL, individually and, on behalf of all others similarly situated, Plaintiff | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1:17-cv-22-DAE |
| SCOTT & ASSOCIATES, P.C., Defendant | §<br>§<br>§ | |

## ORDER OF DISMISSAL WITH PREJUDICE

IT IS THEREFORE ORDERED, pursuant to the stipulation submitted by Plaintiff,

Sajhresa Hill (Plaintiff), and Defendant, Scott & Associates, P.C. (Defendant) that Plaintiff's

claims against Defendant and Defendant's claims against Plaintiff are dismissed with prejudice,

without costs, disbursements or attorney fees to any party.


Signed this the 18th day of October, 2017.


_____

DAVID ALAN EZRA
SENIOR UNITED STATES DISTRICT JUDGE

Agreed as to Substance and Form:


/s/Brent A. Devere
Brent A. Devere
SBN#00789256)
1411 West Avenue, Suite 200
Austin, TX 78701
Telephone: 512-457-8080
Facsimile: 512-457-8060
Email: bdevere@1411west.com

Attorney for Plaintiff



/s/ Robbie Malone
Robbie Malone
SBN#12876450
Malone Akerly Martin PLLC
Northpark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
Telephone: 214-346-2630
Facsimile: 214-346-2631
Email: rmalone@mamlaw.com

Attorney for Defendant